IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

_____
                                            )
UNITED STATES OF AMERICA,                   )
                                            )
                    Plaintiff,              )
        v.                                  )
                                            )   Civil No. 10-326-FHS
JAMES A. ZIEGLER, CLARO FAMILY              )
LIMITED PARTNERSHIP, ZECOR LLC,             )   Judge Frank H. Seay
CITIZENS SECURITY BANK & TRUST,             )
AND OKLAHOMA TAX COMMISSION,                )
                                            )
                    Defendant.              )
_____)


## ORDER CONFIRMING SALE AND
## DIRECTING DISTRIBUTION OF SALE PROCEEDS


        Plaintiff United States of America has moved for an Order confirming the sale of real

property located at 407 East 7th Street, Okmulgee, Oklahoma 74447, in Okmulgee County,

Oklahoma and directing the Clerk of Court to distribute sale proceeds (Dkt. No. 66).  The United

States complied with the provisions of 28 U.S.C.  §§ 2001 and 2002 and the Stipulated Order of

Sale endorsed by this Court on September 7, 2011 (Docket No. 61).

        IT IS THEREFORE ORDERED THAT the sale of the real property, identified as 407 E.

7th Street, Okmulgee, Oklahoma and legally described as follows:

                The East 25 feet of Lot 4 and the West 25 feet of Lot 5, Block 93,
                in the original Townsite of the City of Okmulgee, Okmulgee
                County, Oklahoma

to Doug Maley for the sum of $1,500 is HEREBY CONFIRMED.  The IRS shall issue a deed for

the Property.

IT IS FURTHER ORDERED THAT the proceeds of the sale should be distributed as follows:

1.      To PALS (check payable to the U.S. Treasury)
for the costs of the judicial sale in the amount of      $ 780.57

     PALS
55 N. Robinson, MS 5021
Oklahoma City, Oklahoma 73102

2.      To the Okmulgee County Treasurer in the amount of      $ 28.30

Okmulgee County Treasurer
314 West 7th Street, Suite 201
Okmulgee, Oklahoma 744447

3.      To the United States (check payable to the U.S. Treasury)      $ 691.13
The remaining balance, including any interest,      (approximate)
to be applied to James Ziegler's federal income tax
liabilities for the 1995-1997 tax years

U.S. Department of Justice
Tax Division
Financial Litigation Unit
Ben Franklin Station, Box 310
Washington, DC 20044

IT IS FURTHER ORDERED THAT the proceeds of the sale, after costs of the sale, will be paid to the United States in full satisfaction of James Ziegler's liabilities for the 1995, 1996 and 1997 tax years. The outstanding balance of James Ziegler's restitution judgment will be deemed fully satisfied upon payment of the proceeds of the sale of the last property to the United States.

IT IS SO ORDERED this 27th day of August, 2012.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma