IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
|                                                                 ) | |
|                    Plaintiff,                              ) | |
|                                                                 ) | |
|         v.                                                  ) | Civil No. 10-326-FHS |
|                                                                 ) | |
| JAMES A. ZEIGLER, CLARO FAMILY    ) | Judge Frank H. Seay |
| LIMITED PARTNERSHIP, ZECOR LLC,  ) | |
| CITIZENS SECURITY BANK & TRUST,   ) | |
| OKLAHOMA TAX COMMISSION          ) | |
|                                                                 ) | |
|                    Defendants.                          ) | |

**ORDER CONFIRMING SALE**
**AND DIRECTING DISTRIBUTION OF SALE PROCEEDS**

Plaintiff United States of America has requested an Order confirming the sale of real property located at 408 East 7th Street, Okmulgee, Oklahoma 74447 and 410 East 7th Street, Okmulgee, Oklahoma 74447, in Okmulgee County, Oklahoma and directing the Clerk of the Court to distribute sale proceeds (Dkt. No. 64).

IT IS THEREFORE ORDERED THAT the sale of the real property, identified as located at 408 East 7th Street, Okmulgee, Oklahoma 74447 and 410 East 7th Street, Okmulgee, Oklahoma 74447 and legally described as follows:

> The West 53 feet of Lot 2, Block 104, in the Original Townsite of the City of Okmulgee, Okmulgee County, Oklahoma, which is also known as 408 East 7th Street, Okmulgee, Oklahoma.

> and

> The East 47 feet of Lot 2, Block 104, in the Original Townsite of the City of Okmulgee, Okmulgee County, Oklahoma, which is also known as 410 East 7th Street, Okmulgee, Oklahoma.

> and
> The West Half of Lot 1, Block 104, in the Original Townsite of the City of Okmulgee,

1

Okmulgee County, State of Oklahoma.

to David Michael Taylor and Judy Taylor, is HEREBY CONFIRMED.  The IRS shall issue a deed for the Property.

IT IS FURTHER ORDERED THAT the proceeds of the sale should be distributed as follows:

| | | | |
|---|---|---|---|
| 1. | To PALS (check payable to the U.S. Treasury) | $1,071.88 | |
| | PALS<br>55 N. Robinson, MS 5021<br>Oklahoma City, Oklahoma 73102 | | |
| 2. | To the Okmulgee County Treasurer in the amount of | $459.82 | |
| | Okmulgee County Treasurer<br>314 West 7th Street, Suite 201<br>Okmulgee, Oklahoma 74447 | | |
| 3. | To the United States (check payable to the U.S. Treasury)<br>The remaining balance, including any interest,<br>to be applied to James A. Zeigler's federal income tax<br>liabilities for the 1995 - 1997 tax years | $25,968.83.09<br>(approximate) | |
| | U.S. Department of Justice<br>Tax Division<br>Financial Litigation Unit<br>P.O. Box 310<br>Ben Franklin Station<br>Washington, D.C. 20044 | | |

IT IS FURTHER ORDERED THAT the proceeds of the sale, after costs of the sale, will be paid to the United States in full satisfaction of James Ziegler's liabilities for the 1995, 1996 and 1997 tax years.  The outstanding balance of James Ziegler's restitution judgment will be deemed satisfied upon payment of the proceeds of the sale of the last property to the United States.

IT IS SO ORDERED this 27th day of August, 2012.

_____
Frank H. Seay
United States District Judge
Eastern District of Oklahoma